IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR273 |
| | ) | |
| v. | ) | |
| | ) | |
| MARGUERITE HAZEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to extend presentence investigation report objection deadline (Filing No. 58).  The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until January 5, 2011, to file objections to the presentence investigation report.

DATED this 29th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court